**AO 256 (Rev. 2/86)**

**CRIMINAL DOCKET · U.S. District Court**

| PO ☐ | 0417 | 7 | Assigned 1707 |
|---|---|---|---|
| Misd. ☐ | | | Disp./Sentence 1707 |
| Felony ☒ | District | Off | Judge/Magistr |

☐ WRIT ☐ JUVENILE ☐ ALIAS ☐ OFFENSE ON INDEX CARD

U.S. vs. BROWN, Kenneth

Case Filed: 05/11/93
No. of Def's: 2
Docket No. 00019  Def. 02
U.S. MAG. CASE NO. ▶ 93-17M-7

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. | GUILTY |
|---|---|---|---|---|
| 21:846 | poss. w/intent to distr. cocaine base (crack) | 1 | NG ☒ | HOLD |

## II. KEY DATE

**INTERVAL ONE**
- KEY DATE: 4/14/93 — EARLIEST OF
  - ☐ arrest
  - ☐ sum'ns
  - ☐ custody
  - ☒ appears—on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
- KEY DATE: 5/11/93 — APPLICABLE
  - ☒ Indictment filed/unsealed
  - ☐ consent to Magr. trial on complaint
  - ☐ Information
  - ☐ Felony-W/waiver

- KEY DATE: 5/11/93
  - a) ☒ 1st appears on pending charge /R40
  - b) ☐ Receive file R20/21
  - c) ☐ Supsdg ☐ Indt ☐ Inf
  - d) ☐ Order New trial
  - e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO**
- KEY DATE: 8-19-93 — APPLICABLE
  - ☒ Dismissal
  - ☐ Pled guilty / Nolo — After N.G. / After nolo
  - ☐ Trial (voir dire) began  ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| 4/19/93 | | | | | | | | | |

## III. MAGISTRATE

| | | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|---|---|
| Search Warrant | Issued | | | INITIAL APPEARANCE DATE ▶ 4/14/93 | | | ☐ DISMISSED |
| | Return | | | PRELIMINARY EXAMINATION — Date Scheduled ▶ 4/19/93 | | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons | Issued | | | REMOVAL OR HEARING — Date Held ▶ 4/19/93 | | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| | Served | | | | | | |
| Arrest Warrant Issued | | 4/14/93 | WNM | ☐ WAIVED  ☐ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | | 4/14/93 | WNM | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |
| 4/14/93 | | 21:846 | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
→ 01-D. Brown

RULE: 20 ☐  21 ☐  40 ☐  In ●  Out ☐

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS**
U.S. Attorney or Asst.
Wm. Webb

Defense: 1 ☐ CJA   2 ☐ Ret.   3 ☐ Waived   4 ☐ Self   5 ☐ Non/Other   6 ☒ PD.   7 ☐ CD

28 Maynard
Springfield, Ma. 01109

John Dusenbury,

COUNTY CODE - 37129

70 days up: 7/20/93
90 days up: 7/18/93

PTD: 9/13-wnm

### BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date: 4/19/93
- ☐ Bail Denied
- ☐ Fugitive
- ☐ Pers. Rec.
- AMOUNT SET: $50,000 Unsecured ☐ PSA
- Date Set: 4/19/93
- ☐ 10% Dep.
- ☐ Surety Bnd
- ☐ Bail Not Made  ☐ Collateral
- Date Bond Made  ☐ 3rd Prty  ☐ Other

**POST-INDICTMENT**
- Release Date
- ☐ Bail Denied
- ☐ Fugitive  ☐ Pers. Rec.  ☐ PSA
- AMOUNT SET
- Date Set
- Conditions: ☐ 10% Dep.  ☐ Surety Bnd
- ☐ Bail Not Made  ☐ Collateral
- Date Bond Made  ☐ 3rd Prty  ☐ Other

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| 90 days up 7/22 w/excl Time Thru 6/14 | | | | | |
| 90 days up 7/30 7/36 | | | | | |
| 90 days up 8/13 " " " 8/9 (not county from 6/2 to 7/26) | | | | | |
| 90 " " 9/17 " " " 9/13 | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

Case 3:93-cr-00019-F   Document 2   Filed 04/14/93   Page 1 of 4

| DATE DOCUMENT NO | Yr 93 | Docket No. 00019 | Def. 02 | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE  ☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ | VI. EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|

**V. PROCEEDINGS** (OPTIONAL) Show last names of defendants

K. BROWN

| | | | |
|---|---|---|---|
| 4/14/93 | 1. | **CRIMINAL COMPLAINT** - U/No. 93-17-M-7MA | sr |
| | -- | **RETURN ON WARRANT** on Complaint - received 4/14/93 and executed 4/13/93 - M. Grimes-DEA | sr |
| | 2. | **MOTION FOR PRETRIAL DETENTION** by Govern. | sr |
| | -- | I.A. - Wilm. - Mason - Recorded  Deft. sworn - advised of rts., penalties, CJA 23 completed - approved  Det. request - prel exam/det hr. set for 4/19/93 | sr |
| | 3. | **ORDER** - appointing the FPD - (Mason, M/J) - lc: FPD w/CJA 23 USPS and USA | sr |
| | 4. | **ORDER OF TEMPORARY DETENTION PENDING HEARING PRUSUANT TO BAIL REFORM ACT** - det. hr. set for 4/19/93 at 9:30 A.M. before M/J Mson - (Mason, M/J) cy.s distr. by wilm. office. | sr |
| 4/19/93 | -- | **PREL/EXAM/DET. HR.** - Wilm. - Mason - Recorded Evidence heard - deft. released on bond | |
| | 5. | **ORDER SETTING CONDITIONS OF RELEASE** - $50,000 unsecured w/ conds. (Mason, M/J) - cys. distr. | sr |
| | 6. | **APPERANCE BOND** - $50,000 unsecured - cys. distr. | sr |
| 4/26/93 | 7 | **ORDER ON PRELIMINARY EXAMINATION** w/det. order attached - deft released on bond. (Mason,J) lc: USA, FPD, USM and USPS (ent. 5/13/93) | sr |
| 5/11/93 | 8. | **INDICTMENT** - lc: USA, USPO, PTS, USM, FPD, M/J Dixon, Judge Fox and Wilm. Office. | sr |
| 5/14/93 | 9. | **PRETRIAL SCHEDULING ORDER** - discovery - 6/1/93  motions - 6/11/93  responses - 6/21/93  (Dixon, M/J) lc: USA, Judge Fox and FPD (ent. 5/14/93) | sr |
| 6/11/93 | -- | **TRANSCRIPT** of Tape REcorded Probable Cause and Detention Hearing - 4/19/93 - Wilm. - Judge Mason - Williams Reporting P. O. Box 20763 - 782-3553 | sr |
| 6/11/93 | 10. | **MOTION FOR A BILL OF PARTICULARS** by deft. - lc: M/J Dixon | 6/11/93  7-23-93 |
| | 11. | **MOTION FOR DISCLOSURE OF EVIDENCE CONCERNING CONFIDENTIAL INFORMANTS(s) and MEMORANDUM OF LAW** w/cs. by deft. lc: M/J Dixon | sr  6/11/93  7-23-93 |
| | 12. | **MOTION FOR GOVERNMENT AGENTS TO RETAIN ROUGH NOTES** w/cs. - lc: M/J Dixon | 6/11/93  sr 7-23-93 |
| | 13. | **MOITON FOR DISLCOSURE OF EVIDENCE OF OTHER, WRONGS or acts** w/cs. - lc: M/J Dixon | 6/11/93  sr 7-23-93 |
| 6/16/93 | 14. | **GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PRETRIAL MOTIONS** w/cs. - lc: M/J Dixon | 6-16-93  sr 6-21-93  6 |
| 6/21/93 | 15 | **ORDER** - 1. govern's m/ext. time to respond is allowed - ext. to 6/30/93  2. trial is to be calendared for 8/9/93 in Wilm. - excludable u/18:3161(h)  (Fox, J) Cr. OB#14, P. 66 - lc: USA, USPO, PTS, USM, FPD and M/J Dixon (ent. 6/21/93) | 7/26/93  8/9/93  14 |
| 6/22/93 | 16. | **ORDER** - govern's m/ext. time for responses to defts' motions until 6/30 is allowed. (Dixon, M/J) Cr. OB#14, P. 68 - lc: USA, FPD and Judge Fox (ent. 6/22/93) | sr |
| 6-30-93 | 17 | **RESPONSE TO MOTIONS** - by USA w/cs. - lc: M/J Dixon | sr |







| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
|  |  | (a) | (b) | (c) | (d) |
| 7/21/93 | ISSUED NOTICE TO APPEAR - set for arrgn & trial on 8/9/93 at 9 A.M. in Wilm. before Judge Fox - lc: USA and FPD | sr |  |  |  |
| 7/23/93 | 18. ORDER - 1. Disclosure of Informants - govern's filing will be complete by 7/30 - after which the court will review the material to determine whether pretrial disclosure is appropriate<br>2. Motion for Rule 404(b) evidence - **DENIED**<br>3. Promises, Inducements and Impeaching Inform- **DENIED**<br>4. Preservation of Rough Notes - allowed<br>5. Bill of Particulars - particularized stm. be given over w/n 10 days of trial (same as 404(b) material) (Dixon, M/J) Cr. OB#14, P. 106 lc: USA, Mr. Beaver and Judge Fox (ent. 7/23/93)    sr |  |  |  |  |
| 8/2/93 | 19. MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO PRETRIAL ORDER by Govern (filed 7/23/93 in co-deft. case.) - lc: faxed to M/J Dixon | sr |  |  |  |
| 8/4/93 | 20. ORDER - case continued from 8/9/93 session to 9/13/93 at Wilm. - time excludable u/18:3161(h) - (Fox, J) Cr. OB#14, P. 117 - lc: USA, USPO, PTS, USM, FPD and M/J Dixon  (ent. 8/4/93)    sr |  | 8/9/93<br>9/13/93 | 35 |  |
| 8/5/93 | 21. MOTION TO SEAL w/prop. order and Attachments. - lc: M/J Dixon.<br>(In separate file in co-deft. 01 file) | sr | 8/5/93 |  |  |
| 8/11/93 | 22. Order - Court has reviewed in camera materials Accordingly, on these facts, disclosure is required. Govt. is free to choose from among a number of alternatives a method of making its informants available to deft. (Wallace W. Dixon, Mag. Judge CR OB #14 P 128) lc: USA & counsel for deft. | ag |  |  |  |
| 8/18/93 | 23. MOTION TO DISMISS- Indictment by USAtty w/cs. - lc: Judge Fox w/prop. order.    sr |  | 8/18/93<br>8/18/93 |  |  |
| 8/18/93 | ISSUED NOTICE TO APPEAR - set for arrgn & trial on 9/13/93 at 9 A.M. in Wilm. before Judge Fox - lc: USA and FPD | sr |  |  |  |
| 8/19/93 | 24. ORDER FOR DISMISSAL - indictment dismissed. (Fox, J) Cr. OB#14, P. 146 - lc: USA, USPO, PTS, USM, FPD and Mr. Beaver and M/J Dixon (ent. 8/19/93) | sr |  |  |  |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |